1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12  JAMES SANFORD
                                    Case No. CIV.S. 05-1570 DFL KJM
13        Plaintiff,

14
          vs.
                                    **REQUEST FOR DISMISSAL AND**
15
                                    **ORDER THEREON**
16  MCDONALD'S CORPORATION;
    MCDONALD'S RESTAURANT OF
17  CALIFORNIA dba MCDONALD'S #773,

18
          Defendants.
19
    _____/
20

21

22

23

24

25

26

27

28

1   TO THE COURT AND ALL PARTIES:

2   Plaintiff requests that all parties be dismissed with prejudice from the above-

3   entitled action.

4   Dated: September 8, 2005                LAW OFFICES OF LYNN HUBBARD, III

5

6                                           /s/ Scottlynn J Hubbard, IV
                                            SCOTTLYNN J HUBBARD, IV
7                                           Attorneys for Plaintiff

8

9                                    **ORDER**

10   IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-

11   05-1570 DFL KJM, is hereby dismissed with prejudice.

12

13   Dated: 9/9/2005

14

15

16

17   DAVID F. LEVI
     United States District Judge

18

19

20

21

22

23

24

25

26

27

28